**Order entered October 31, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01053-CV**

**IN RE QUALITY CLEANING PLUS, INC., Relator**

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-08606**

**ORDER**
Before Chief Justice Burns, Justice Partida-Kipness, and Justice Smith

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus in part and **DIRECT** the trial court to vacate its post-August 24, 2022 discovery orders. We **DENY** all other relief requested by relator in its petition.

We further **ORDER** the trial court to file with this Court, within ten days of the date of this order, a certified copy of its order issued in compliance with this order and with the Court's opinion of this date. Should the trial court fail to comply with this order, the writ will issue.

We **VACATE** our October 7, 2022 order staying discovery.

/s/    CRAIG SMITH
JUSTICE